UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| R.M., A-240-170-123,<br><br>        Petitioner,<br><br>    v.<br><br>WARDEN OF THE GOLDEN STATE ANNEX ICE DETENTION FACILITY, et al.,<br><br>        Respondents. | No. 1:25-cv-01607-TLN-AC<br><br><br>**ORDER** |

Petitioner R.M. ("Petitioner"), an immigration detainee proceeding through counsel, filed this application for a writ of habeas corpus pursuant to 28 U.S.C. § 2241. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On March 26, 2026, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within three days. (ECF No. 25.) Both parties have filed objections to the findings and recommendations. (ECF Nos. 26, 27.)

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this Court has conducted a *de novo* review of this case. Having carefully reviewed the entire file, the Court finds the findings and recommendations to be supported by the record and by proper

1

analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations (ECF No. 25) are ADOPTED IN FULL;

2. Petitioner's petition for writ of habeas corpus (ECF No. 1) is GRANTED;

3. Within seven days of this order, Respondents shall provide Petitioner R.M., A-240-170-123, a bond hearing before an immigration judge at which the immigration judge must order Petitioner released unless Respondents prove by clear and convincing evidence that Petitioner is a risk of flight or danger to the community. Petitioner shall be allowed to have counsel present;

4. In the event that Respondents fail to provide a hearing that complies with this Order within seven days, Petitioner shall be released;

5. Respondents are further directed to file a notice certifying compliance with the above provision within three days from the date of the bond hearing;

6. If Petitioner is granted release on bond, Respondents shall return all of Petitioner's documents and possessions at the time of release; and

7. The Clerk of the Court is directed to enter judgment for Petitioner and close this case.

IT IS SO ORDERED.

Date: March 31, 2026

_____
TROY L. NUNLEY
CHIEF UNITED STATES DISTRICT JUDGE